## LITTLE FAY OIL CO. v. KILLIAN et al.

No. 14127—Opinion Filed July 24, 1923.

(Syllabus.)

**Master and Servant — Workmen's Compensation—Decision Followed.**

The syllabus in this case is the same as adopted in case No. 14105, Little Fay Oil Company v. Henry B. Stanley et al., in which opinion was filed July 17, 1923.

Error from the State Industrial Commission.

Action by the Little Fay Oil Company to review award of workman's compensation to Henry J. Killian. Affirmed.

Harris, Spielman, Thomas & Harris, for plaintiff in error.

George F. Short, Atty. Gen., and Baxter Taylor, Asst. Atty. Gen., for defendants in error.

COCHRAN, J. The material facts in this case are substantially the same as those in the case of Little Fay Oil Co. v. Stanley et al., 90 Okla. 265, 217 Pac. 377, and the views therein expressed are controlling in this case.

The award of the Industrial Commission is affirmed.

JOHNSON, C. J., and KENNAMER, BRANSON, and HARRISON, JJ., concur.